PROB 12C
(7/93)

# United States District Court
## for
## District of New Jersey

### Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Mark Anthony Riley  **Docket Number:** 09-00078 -001
**PACTS Number:** 17798

**Name of Sentencing Judicial Officer:** Honorable J. Calvitt Clarke, Jr., USDJ, Eastern District of Virginia

**Date of Original Sentence:** 11/20/1997

**Name of Assigned Judicial Officer:** Honorable Susan D. Wigenton, USDJ

**Original Offense:** Conspiracy to Distribute and Possession With Intent to Distribute Cocaine Base

**Original Sentence:** 152 months imprisonment; 5 years supervised release; $100 special assessment.

**Type of Supervision:** Supervised Release  **Date Supervision Commenced:** 08/14/08

**Assistant U.S. Attorney:** (To be assigned) 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** Federal Public Defender Office (to be assigned), 972 Broad Street, 2nd Floor, Newark, New Jersey 07102, (973) 645-6347

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The offender has violated the supervision condition which states '**You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**' |
|  | In Part D of Riley's February 2009 Monthly Supervision Report, he failed to report that he received $75,000 in the "Other Cash Inflows" section. |
| 2 | The offender has violated the supervision condition which states '**You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**' |
|  | Riley submitted falsified Monthly Supervision Reports in February and March 2009. Although the offender had a Bank of America checking account, which he deposited Mr. Lewin's $75,000 cashier's check into, he reported having no |

PROB 12C - Page 2
Mark Anthony Riley

checking accounts in Part D of each report.

I declare under penalty of perjury that the foregoing is true and correct.

By: Kevin P. Egli
U.S. Probation Officer

Date: 03/07/11

THE COURT ORDERS:

[ ] The Issuance of a Warrant
[X] The Issuance of a Summons.  Date of Hearing: April 5th 2011 @ 11:00
[ ] No Action
[ ] Other

Signature of Judicial Officer

March 14, 2011
Date